**T O Sweeney Appraisal Company LLC**

dba Sweeney Real Estate & Appraisal
1 Turks Head Place, Suite 850
Providence, RI 02903

Phone #   401-331-9300   tsweeney@sreari.com

Statement

| Date |
|---|
| 4/1/2017 |

**To:**

Mr. Joseph DiOrio
Law Office of Joseph Diorio
144 Westminster Street
Providence, RI 02903

| Amount Due | Amount Enc. |
|---|---|
| $500.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/28/2016 | INV #2434. Due 12/28/2016. Orig. Amount $500.00. | 500.00 | 500.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | $500.00 |